| | |
|---|---|
| 1 | KEVIN V. RYAN **(California State Bar No. 118321)**<br>United States Attorney |
| 2 | JAY R. WEILL **(California State Bar No. 75434)**<br>Assistant United States Attorney |
| 3 | Chief, Tax Division |
| 4 | 10th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, CA 94102<br>Telephone: (415) 436-7017 |
| 6 | Fax: (415) 436-6748 |
| 7 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and  )
BARBARA J. BLAKE, Revenue Officer,  )   NO. C-05-02088-JL
                                     )
    Petitioners,                     )
                                     )
    v.                               )   **APPLICATION TO CONTINUE**
                                     )   **HEARING ON ORDER TO**
ROBERT NICHOLAS, aka ROBERT          )   **SHOW CAUSE AND ORDER**
NICOLAS,                             )
                                     )
    Respondent.                      )
_____)

This summons enforcement matter is set for a hearing on July 13, 2005. The respondent has agreed to comply with the summons. Accordingly, we request that the hearing be continued to August 3, 2005 to allow him an opportunity to comply. If he complies, then we shall dismiss the case.

KEVIN V. RYAN
United States Attorney

JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

### ORDER

Upon application of the United States, this matter is continued to August 3, 2005 at 9:30 a.m.

/s/ James Larson
JAMES LARSON
United States Magistrate Judge