E-Filing

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division

4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
5  Telephone: (415) 436-7017
   Fax:        (415) 436-6748
6
   Attorneys for the United States of America
7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | UNITED STATES OF AMERICA and,     )
   | BARBARA J. BLAKE, Revenue Officer, )
12 |                                    )   Case No. C-05-02088 JL
   |                Petitioners,        )
13 |                                    )   **APPLICATION TO DISMISS**
   |        v.                          )   **VERIFIED PETITION TO ENFORCE**
14 |                                    )   **INTERNAL REVENUE SERVICE**
   | ROBERT NICHOLAS, aka ROBERT        )   **SUMMONS AND ORDER**
15 | NICOLAS,                           )
   |                                    )
16 |                Respondent.         )
   |                                    )
17

18     The United States of America dismisses the Petition to Enforce filed on May 20, 2005
19 because the respondent has complied with the IRS Summons.
20
                                              KEVIN V. RYAN
21                                            United States Attorney

22                                                   /s/
23
                                              JAY R. WEILL
24                                            Assistant United States Attorney
                                              Chief, Tax Division
25 SO ORDERED.
26
   ___8-2-05_____        _____
27                                      JAMES L. LARSON
                                        UNITED STATES MAGISTRATE JUDGE
28